IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| Edward Grant, | ) | C/A No.: 1:17-3090-DCC-PJG |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Fiat Chrysler Corporation, FCA US LLC; and Chrysler Group, LLC, | ) | |
| Defendants. | ) | |

This matter comes before the court upon the order of the Honorable Donald C. Coggins, Jr., United States District Judge, directing the parties to mediate this matter before the undersigned. [ECF No. 66]. It is in the interest of all parties to have a successful mediation, and the undersigned finds that such interest may be aided by Plaintiff's representation by counsel for the purposes of mediation. The undersigned appoints Brandon R. Gottschall, Esq., to represent Plaintiff at mediation of this action.

IT IS SO ORDERED.

October 30, 2018
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

1